**SHA-1 Hash:** 625659538761601BE56B75C3D1DF1053A7C8BB28    **Title:**  X-Art Siterip #2
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.125.242.47 | 11/20/2011 19:33 | Fort Lee | VA | Comcast Cable | BitTorrent |
| 2 | 24.125.51.133 | 1/8/2012 8:12 | Richmond | VA | Comcast Cable | BitTorrent |
| 3 | 24.126.62.211 | 1/3/2012 13:59 | Manassas | VA | Comcast Cable | BitTorrent |
| 4 | 71.57.195.233 | 1/24/2012 13:12 | Richmond | VA | Comcast Cable | BitTorrent |
| 5 | 71.62.217.106 | 1/25/2012 12:40 | Richmond | VA | Comcast Cable | BitTorrent |
| 6 | 98.218.164.146 | 12/9/2011 19:10 | Manassas | VA | Comcast Cable | BitTorrent |
| 7 | 174.66.17.77 | 12/22/2011 0:10 | Williamsburg | VA | Cox Communications | BitTorrent |
| 8 | 68.224.186.150 | 12/9/2011 9:59 | Virginia Beach | VA | Cox Communications | BitTorrent |
| 9 | 70.188.22.113 | 2/3/2012 9:58 | Roanoke | VA | Cox Communications | BitTorrent |
| 10 | 98.166.255.123 | 1/21/2012 15:35 | Hampton | VA | Cox Communications | BitTorrent |
| 11 | 98.169.116.32 | 1/27/2012 14:09 | Vienna | VA | Cox Communications | BitTorrent |
| 12 | 98.183.187.233 | 1/15/2012 18:36 | Virginia Beach | VA | Cox Communications | BitTorrent |
| 13 | 108.18.240.115 | 1/2/2012 11:14 | Woodbridge | VA | Verizon Internet Services | BitTorrent |
| 14 | 108.39.79.14 | 1/8/2012 6:40 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 15 | 108.39.84.178 | 12/16/2011 1:55 | Chesapeake | VA | Verizon Internet Services | BitTorrent |
| 16 | 173.50.67.171 | 1/23/2012 21:48 | Chesapeake | VA | Verizon Internet Services | BitTorrent |
| 17 | 173.53.105.197 | 1/11/2012 8:50 | Midlothian | VA | Verizon Internet Services | BitTorrent |
| 18 | 173.73.146.87 | 2/4/2012 23:26 | Centreville | VA | Verizon Internet Services | BitTorrent |
| 19 | 71.163.105.49 | 1/23/2012 21:13 | Falls Church | VA | Verizon Internet Services | BitTorrent |
| 20 | 71.176.32.109 | 1/31/2012 9:34 | Virginia Beach | VA | Verizon Internet Services | BitTorrent |
| 21 | 71.191.77.182 | 1/19/2012 9:58 | Fairfax | VA | Verizon Internet Services | BitTorrent |
| 22 | 71.255.246.204 | 1/28/2012 15:40 | Mclean | VA | Verizon Internet Services | BitTorrent |

EXHIBIT A

OEVA3

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 74.96.197.165 | 1/1/2012 5:29 | Mclean | VA | Verizon Internet Services | BitTorrent |
| 24 | 96.228.57.142 | 12/21/2011 6:53 | Richmond | VA | Verizon Internet Services | BitTorrent |
| 25 | 96.241.203.124 | 1/28/2012 14:32 | Manassas | VA | Verizon Internet Services | BitTorrent |
| 26 | 96.255.8.38 | 12/31/2011 19:24 | Herndon | VA | Verizon Internet Services | BitTorrent |